**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 1, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00030-CV

---

**IN RE CITY OF DENTON, GERARD HUDSPETH, MAYOR OF DENTON, BRIAN BECK, MAYOR PRO TEM OF DENTON, VICKI BYRD, PAUL MELTZER, JOE HOLLAND, BRANDON CHASE MCGEE AND CHRIS WATTS, MEMBERS OF THE CITY COUNCIL OF DENTON, SARA HENSLEY, CITY MANAGER OF DENTON, AND JESSICA ROBLEDO, CHIEF OF POLICE OF DENTON, IN THEIR OFFICIAL CAPACITIES, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**481st District Court**
**Denton County, Texas**
**Trial Court Cause No. 24-1005-481**

---

## MEMORANDUM OPINION

On March 19, 2025, Relators City of Denton; Gerard Hudspeth, Mayor of Denton; Brian Beck, Mayor Pro Tem of Denton; Vicki Byrd, Paul Meltzer, Joe

Holland, Brandon Chase McGee, and Chris Watts, Members of the City Council of Denton; Sara Hensley, City Manager of Denton; and Jessica Robledo, Chief of Police of Denton; in their Official Capacities filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, Relators ask this Court to compel the Honorable Crystal Levonius, presiding judge of the 481st District Court of Denton County, to vacate the order compelling Relators to respond to written discovery, and rule on their plea to the jurisdiction.

Based on the record before us, we conclude that Relators have failed to show they are entitled to mandamus relief. The petition for writ of mandamus is denied. The stay ordered March 31, 2025 is lifted.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.

2